UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERRY SMITH,

                           Plaintiff,                                 **ORDER**

     -against-                                   23-CV-3196 (PKC) (LB)

SOCIAL SECURITY OFFICE,

                           Defendant.
------------------------------------------------------------X
PAMELA K. CHEN, United States District Judge:

On April 26, 2023, Plaintiff Sherry Smith filed this *pro se* action against the Social Security office located at 195 Montague Street in Brooklyn. (Compl., Dkt. 1.) On May 15, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis*, dismissed the complaint and granted Plaintiff leave to amend the complaint within 30 days from the date of the Order. (Mem. & Ord., Dkt. 4.)[1] The Court notified Plaintiff that if she failed to file an amended complaint within the time allowed, judgment dismissing the action would be entered. To date, Plaintiff has not filed an amended complaint or otherwise responded to the Court's Order, and the time for doing so has passed. Accordingly, the Clerk of Court is respectfully directed to enter judgment and close this action. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

                                   SO ORDERED.


                                   */s/Pamela K. Chen*
                                   Pamela K. Chen
                                   United States District Judge

Dated: July 24, 2023
       Brooklyn, New York

---

[1] On May 30, 2023, the Court's Order was re-sent to Plaintiff after mail was returned by the United States Postal Service for insufficient address.